UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.

1:17-cv-05751-ILG-RLM

NATALIYA PINYUK on behalf of herself and
all other similarly situated consumers

STIPULATION OF
DISMISSAL WITH
PREJUDICE

                  Plaintiff,

-against-

MRS BPO, L.L.C.

                  Defendant.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

| | |
|---|---|
| Dated: Brooklyn, New York<br>March 25, 2018 | Dated: Minneapolis, Minnesota<br>March 25, 2018 |
| /s/ Maxim Maximov<br>Maxim Maximov, Esq.<br>Maxim Maximov, LLP<br>Attorney for the Plaintiff<br>1701 Avenue P<br>Brooklyn, New York 11229<br>Office: (718) 395-3459<br>Facsimile: (718) 408-9570<br>E-mail: m@maximovlaw.com | /s/ Michael Thomas Etmund<br>Michael Thomas Etmund, Esq.<br>Moss & Barnett<br>Attorney for the Defendant<br>150 South Fifth Street, Suite 1200<br>Minneapolis, Minnesota 55402<br>Office: (612) 877-5309<br>Fax: (612) 877-5050<br>E-mail: mike.etmund@lawmoss.com |

So Ordered

s/ILG
/s/ USDJ
3/26/18